IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
ESPANITA T. MOYE )
) CASE NO. 03-33390-DHW-13
Debtor(s). )

## CONSENT ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of the stipulation of the parties to a modification of the automatic stay, it is ORDERED that the Motion for Relief filed by GREEN TREE - AL, L.L.C. is conditionally denied with the following proviso:

ORDERED The pre and post-petition arrears on GREEN TREE - AL, L.L.C. installment payments through MARCH 2004, are placed under the plan, along with accrued fees and costs of the attorney for the creditor in the amount of $425.00, all amounting to approximately $4,320.68. The amended claim must include any pre-petition arrears for which a proof of claim has already been filed, and the post-petition arrears, fees and costs. This claim, which includes the pre and post-petition arrears, fees and costs is designated as the amended claim, to be paid in accordance with the terms of the plan. Interest shall accrue on that amended claim at 8.04 %. The debtor authorizes the trustee to modify the plan to implement such modification.

The amended claim shall be given a specified monthly payment of $106.00. Debtors payments to trustee are set at $226.00 per MONTH. It is

FURTHER ORDERED that beginning with the payment due in APRIL 15, 2004, if the post-petition payments come into default and remain in default without being cured for a period of 30 days, the stay will lift automatically without further notice and hearing, and movant may proceed with foreclosure.

Dated at Montgomery, Alabama this March 30,2004.

/s/ Dwight H. Williams, Jr.
UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO BY THE PARTIES IN OPEN COURT AND APPROVED BY THE TRUSTEE:

/s/ Sabrina L. McKinney FOR THE
Chapter 13 Trustee

CC: LEONARD MATH
    Gregory M. Pool
    DEBTOR

2